IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| EARLY DREW JOHNSON | ) |
| | ) |
| v. | ) CV. NO. 5:10-CV-8033-VEH |
| | ) CR. NO. 5:05-CR-301-VEH |
| UNITED STATES OF AMERICA | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on July 2, 2010, recommending that the motion to vacate be denied. The parties were allowed fifteen days in which to file objections to the magistrate judge's findings and recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the motion to vacate is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 3rd day of August, 2010.

**VIRGINIA EMERSON HOPKINS**
United States District Judge